Docket Entry Nos. 11, 12

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____  :
                                     :
JOHN D. SIMRIN,                      :
                                     :
        Plaintiff,                 :    Civil No. 05:2223 (RBK)
                                     :
        v.                         :    **ORDER**
                                     :
CORRECTIONAL MEDICAL SERVICES,       :
et al.,                              :
                                     :
        Defendants.                :
_____  :

    THESE MATTERS having come before the Court upon motion by (1) Defendant New Jersey Department of Corrections ("NJDOC") to dismiss Plaintiff's Complaint for failure to state a claim, and (2) Defendants Correctional Medical Services, Dr. Abu Ahsan, Dr. Richard Hellander, Marie Perkins, and Dr. Philip Slonim (collectively "CMS Group") to dismiss Plaintiff's Complaint for failure to state a claim; and the Court having considered the motion papers; and there being no opposition thereto; and for the reasons set forth in the Opinion issued this date;

    IT IS HEREBY ORDERED that NJDOC's motion to dismiss is **GRANTED**, and that all claims against NJDOC are barred by the Eleventh Amendment and must be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1); and

    IT IS FURTHER ORDERED that the CMS Group's motion to dismiss is **GRANTED**, and that all claims against "CMS Nurses" are dismissed because "CMS

Nurses" is not a legal entity subject to suit.


Dated:   2-24-06                                     s/ Robert B. Kugler
                                                     ROBERT B. KUGLER
                                                     United States District Judge